IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDAN WILLAUER et al.** *Plaintiffs*  v.  **CHESTER COUNTY INTERMEDIATE UNIT et al.** *Defendants* | Civil No. 23-3759 |

## ORDER

**AND NOW**, this 14th day of August, 2025, upon consideration of the motions to dismiss filed by Defendants Chester County Intermediate Unit ("Intermediate Unit") and Hal Vita (ECF No. 9) and Defendant Pequea Valley School District ("School District") (ECF No. 10), and the responses and replies thereto, it is hereby **ORDERED** that Defendants' motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Intermediate Unit's motion is **DENIED** as to Count I (Discrimination and Denial of Benefits under Section 504) and Count II (Intentional Discrimination under the ADA).

2. The Intermediate Unit, Vita, and the School District's motions are **GRANTED** as to Count III. Brendan Willauer's Section 1983 Claim for Enforcement of the ADA is **DISMISSED** with prejudice.

3. The Intermediate Unit, Vita, and the School District's motions are **DENIED** as to Count IV (Section 1983 Claims for Violation of the Fourteenth Amendment).

4. The Intermediate Unit's motion is **DENIED** as to Count V (Negligence).

5. The School District's motion is **GRANTED** as to Count V. Brendan Willauer's Negligence claim against the School District is **DISMISSED** without prejudice.

6. The School District's motion is **GRANTED** as to Count VI.[1] Brendan Willauer's Breach of Fiduciary Duty claim against the School District is **DISMISSED** without prejudice.

7. The Intermediate Unit, Vita, and the School District's motions are **GRANTED** as to Count VII. Plaintiffs' Intentional Infliction of Emotional Distress claim against the Intermediate Unit and the School District is **DISMISSED** with prejudice. Plaintiffs' Intentional Infliction of Emotional Distress claim against Vita is **DISMISSED** without prejudice.

8. The School District's motion is **GRANTED** as to Count VII. Plaintiffs' Negligent Infliction of Emotional Distress claim against the School District is **DISMISSED** without prejudice.

9. The Intermediate Unit, Vita, and the School District's motions are **GRANTED** as to Count IX. Sandra and Christopher Willauer's Loss of Consortium claim is **DISMISSED** with prejudice. To the extent Sandra and Christopher Willauer intended to bring a Section 1983 claim for deprivation of Brendan Willauer's companionship, the claim is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall file an Amended Complaint consistent with the Court's Order no later than September 4, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge

---

[1] Count VI—Breach of Fiduciary Duty—appears to be accidentally listed as Count VII in the Complaint. See ECF No. 1. The Court will refer to the Breach of Fiduciary Duty claim as Count VI, the Intentional Infliction of Emotional Distress claim as Count VII, the Negligent Infliction of Emotional Distress claim as Count VIII, and the Loss of Consortium claim as Count IX.